9 W 248
23 SC 288

# Case of Windsor Township.

Every intendment is to be made in favor of the proceedings of the court: hence, a report of viewers appointed to inquire into the propriety of dividing a township, signed but by two and confirmed by the court, will not be reversed; this court will presume that all attended and but two acquiesced in the report.

*CERTIORARI* to the quarter sessions of *York* county.

Upon a petition, the court appointed three viewers to inquire into the propriety of dividing Windsor township. Two of them reported in favour of granting the prayer of the petitioners, and returned with their report their bill for two days for each viewer amounting to four dollars. The court confirmed their report.

The error assigned was, that but two of the viewers were notified of their appointment, and but two attended.

*R. Fisher*, for plaintiffs in error, cited *Str. Purd.* 178; *Cro. Jac.* 100; 6 *Johns.* 41; 5 *Bin.* 484.

*Ramsay*, for defendant in error.

[Case of Windsor Township.]

PER CURIAM.—The truth probably is, that only two of the viewers attended, for fees are charged only for two; but as the bill of costs is no part of the record, how are we to inquire into the fact? Even if it were, it is not our business to quash or sustain proceedings according to an estimate of probabilities. In the court below, the fact might have been inquired into on affidavits; and that was the place for the objection. Here we have no discretion; for, on a *certiorari*, every intendment is to be made in favour of the proceedings, till the contrary appear. We are to presume, then, that all the viewers attended, though but two of them joined in the report.

Judgment and proceedings affirmed.